IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PROV, INC.                                                                                                          PLAINTIFF

vs.                                              4:10CV01509-BRW

ALBUQUERQUE CAREER INSTITUTE, INC., et al                               DEFENDANTS

## ORDER

The complaint herein was filed in this Court on October 15, 2010. Service on the defendants has not been perfected; therefore, it is,

ORDERED that pursuant to Rule 4(m) of the Federal Rules of Civil Procedure this case is dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED this 2nd day of March, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

orddism.rl4.wpd