UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM A403
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**March 31, 2011**

Mr. David E. Simmons
Attorney at Law
300 Spring Street
Suite 220
Little Rock, AR 72201

    Re:    *Prov Inc. v. Albuquerque Career Institute Inc.*, 4:10-CV-01509-BRW

Dear Mr. Simmons:

I have reviewed your Motion for Relief from Order. Since this case was closed on March 2, 2011; two defendants have yet to be served; and none of the defendants has entered a proper notice of appearance, why would you not enforce your "settlement agreement" in contract, rather than reopen this case?

Please respond by 5 p.m., Thursday, April 7, 2011.

                                            Cordially,

                                            /s/ Billy Roy Wilson

Original to the Clerk of the Court